| United States Bankruptcy Court<br>EASTERN DISTRICT OF TEXAS<br>SHERMAN DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**North Dallas Lawn Care & Landscape, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **75-2263238** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**10900 Petal Street**<br>**Dallas, TX**<br>ZIP CODE **75238** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Dallas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**10900 Petal Street**<br>**Dallas, TX**<br>ZIP CODE **75238** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [✓] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:    Chapter 11 Debtors**
- [✓] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontigent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**          THIS SPACE IS FOR COURT USE ONLY
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** (This page must be completed and filed in every case.) | Name of Debtor(s): **North Dallas Lawn Care & Landscape, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: **In re James Wendell Norris** | Case Number: **15-41267** | Date Filed: **7/15/2015** |
| District: **Eastern District, Texas** | Relationship: **Owner** | Judge: **Rhoades** |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
  ☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:
  ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): North Dallas Lawn Care & Landscape, Inc. |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_____<br><br>X_____<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X_____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X_____<br>**Robert T. DeMarco**    Bar No. **24014543**<br><br>DeMarco Mitchell, PLLC<br>1255 West 15th St., 805<br>Plano, TX 75075<br><br>Phone No.**(972) 578-1400**    Fax No.**(972) 346-6791**<br><br>_____<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**North Dallas Lawn Care & Landscape, Inc.**<br><br>X_____<br>Signature of Authorized Individual<br><br>**James Wendell Norris**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>_____<br>Date | Address<br>X_____<br><br>_____<br>Date<br>Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

**THE STATE OF TEXAS**

**COUNTY OF COLLIN**

**CERTIFICATE OF RESOLUTION**

**BEFORE ME,** the undersigned authority, on this day personally appeared James Wendell Norris, known to me, who, being first by me duly sworn, did state that he was the duly elected and authorized President of **North Dallas Lawn Care & Landscape, Inc.**, a Texas Corporation (the "**Corporation**"), and that the following is a correct excerpt of a resolution unanimously adopted by the duly elected and authorized and acting Board of Directors of the Corporation on July 10, 2015:

> "BE IT RESOLVED: That in the judgment of the Board of Directors, it is desirable and for the best interests of the Corporation, its creditors, and other interested parties, that a petition be filed by this Corporation under the provisions of Chapter 11 of the United States Bankruptcy Code; and
>
> BE IT FURTHER RESOLVED: That by unanimous consent of each and all of the Board of Directors of the Corporation and further by the unanimous consent of the Shareholders of the issued and outstanding capital stock of the Corporation, the officers of the Corporation be and they are hereby authorized and directed to take whatever action is necessary, specifically including, but not by way of limitation, the authority to enter into and execute any and all instruments or agreements necessary to secure for the Corporation the relief accorded under Chapter 11 of the United States Bankruptcy Code; the sole and full discretion concerning the time of filing of these bankruptcy proceedings to be left to the sole discretion of the officers of the Corporation, who are further authorized, again at their sole discretion, to convert said proceedings into liquidation bankruptcy proceedings if the same, in their discretion, is appropriate and necessary.
>
> BE IT FURTHER RESOLVED: That **DeMarco-Mitchell, PLLC, of Plano, Texas,** shall be retained as attorneys for the Corporation, for instituting such proceedings under the Bankruptcy Code and performing such services as counsel for the Corporation as the officers may deem appropriate and, without limiting the generality of the foregoing, obtaining a successful reorganization of the Corporation's finances or an otherwise successful termination of bankruptcy proceedings.

_____
Name: James Wendell Norris
Title:  President, North Dallas Lawn Care & Landscape, Inc.

THE STATE OF TEXAS

COUNTY OF COLLIN

BEFORE ME, the undersigned, a Notary Public in and for said State, on this day personally appeared James Wendell Norris, President of North Dallas lawn Care & Landscape, Inc., Inc., known to be the person and officer whose name is subscribed to the foregoing instrument, and acknowledged to me that the same was the act of said Corporation, and that he executed the same as the act of such Corporation for the purposes and consideration therein expressed, and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 10th day of July, 2015.

Barbara Ann Drake
My Commission Expires
06/03/2016

_____
Notary Public in and for
The State of Texas

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:  **North Dallas Lawn Care & Landscape, Inc.**                             CASE NO

                                                                                  CHAPTER    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept: | $10,000.00 |
   | Prior to the filing of this statement I have received: | $10,000.00 |
   | Balance Due: | $0.00 |

2. The source of the compensation paid to me was:
   - ☒ Debtor    ☐ Other (specify)

3. The source of compensation to be paid to me is:
   - ☒ Debtor    ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION
I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **7/15/2015** | **/s/ Robert T. DeMarco** |
| Date | Robert T. DeMarco                    Bar No.  24014543 |
| | DeMarco Mitchell, PLLC |
| | 1255 West 15th St., 805 |
| | Plano, TX 75075 |
| | Phone: (972) 578-1400 / Fax: (972) 346-6791 |

---

**/s/ James Wendell Norris**

*James Wendell Norris*
*President*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:   **North Dallas Lawn Care & Landscape, Inc.**         Case No.

Chapter   11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Sovereign Bank<br>Dallas Private Banking<br>17950 Preston Rd., Suite 500<br>Dallas, TX 75252 | | Mortgage | | $1,280,311.00<br>Value: $0.00 |
| Sovereign Bank<br>Dallas Private Banking<br>17950 Preston Rd., Suite 500<br>Dallas, TX 75252 | | LOC | | $748,859.05<br>Value: $0.00 |
| Internal Revenue Service - ED<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | 1040 Taxes | | $222,000.00 |
| A-1 Growers<br>71 Magnolia Rd.<br>Forest Hill, LA 71430 | | Vender | | $97,769.25 |
| American Express-Gold<br>PO Box 650448<br>Dallas, TX 75265-0448 | | Credit Card | Contingent | $81,527.95 |
| Janik PC<br>600 N. Pearl St., Ste. 2255, LB 140<br>Dallas, TX 75201 | | Services | | $80,349.00 |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:   **North Dallas Lawn Care & Landscape, Inc.**          Case No.

                                                               Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Citicorp Credit Services<br>PO Box 6500<br>Sioux Falls, SD 57117 | | Credit Card | | $68,518.00 |
| Doug Young Nursery<br>29 Roberts Rd.<br>PO Box 39<br>Forest Hill, LA 71430 | | Vender | *Contingent* | $59,709.73 |
| Internal Revenue Service - ED<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | 940 Taxes | | $55,000.00 |
| F & M Vargas Nursery<br>PO Box 112<br>3930 Hwy. 112<br>Forest Hill, LA 71430 | | Vender | | $54,166.68 |
| Select Portfolio Servicing<br>P.O. Box 65250<br>Salt Lake City, UT 84165 | | Revolving | | $53,425.00 |
| Bracy's Nursery<br>64624 Dummyline Rd.<br>Amite, LA 70422 | | Vender | | $34,685.45 |
| Sesster Farms<br>33205 SE Oxbow Drive<br>Gresham, OR 97080 | | Vender | | $30,726.37 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE: **North Dallas Lawn Care & Landscape, Inc.**　　　　　　Case No.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| American Express-Blue<br>PO Box 650448<br>Dallas, TX 75265-0448 | | Credit Card | | $28,594.18 |
| Hibernia Nursery<br>1176 C-478A<br>Webster, FL 33597 | | Vender | | $28,495.00 |
| The JD Russell Company<br>c/o Donna Kaye Rashti<br>4422 Ridgeside Drive<br>Dallas, TX 75244 | | Vender | Contingent | $27,297.54 |
| Greenleaf Nursery<br>Dept. #96-0460<br>Oklahoma Citry, OK 73196-0460 | | Vender | | $26,809.82 |
| Holt Cat<br>PO Box 911975<br>Dallas, TX 75391-7975 | | Services | Contingent | $25,697.30 |
| Village Nurseries<br>PO Box 5465<br>Orange, CA 92863-5465 | | Vender | Contingent | $24,838.75 |
| Floratech, inc.<br>PO Box 1536<br>Rockwall, TX 75087 | | Vender | | $24,364.00 |

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

IN RE:　North Dallas Lawn Care & Landscape, Inc.　　　　　　　　Case No.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:　**7/15/2015**　　　　　　　　　　　Signature:　*/s/ James Wendell Norris*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*James Wendell Norris*
　　　　　　　　　　　　　　　　　　　　　　　　　　　**President**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

IN RE:  **North Dallas Lawn Care & Landscape, Inc.**                                   CASE NO

                                                                                                                    CHAPTER    **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  7/15/2015                                      Signature  /s/ James Wendell Norris
                                                                         *James Wendell Norris*
                                                                         *President*

Date  _____           Signature  _____

3AM Growers
PO Box 780476
Tallassee, AL 36078

American Express-Blue
PO Box 650448
Dallas, TX 75265-0448

Blenden Roth Law Firm
PO Box 560326
Dallas, TX 75356-0326

A & D Brokerage
2724 NE 173rd Ct.
Vancover, WA 98684

American Express-Gold
PO Box 650448
Dallas, TX 75265-0448

Blessing Nursery, LLC
PO Box 460
Forest Hill, LA 71430

A-1 Growers
71 Magnolia Rd.
Forest Hill, LA 71430

Attorney General of Texas
Bankruptcy Reporting Cont.
OAG/CSDMail Code 38
PO Box 12017
Austin, TX 78711-2017

Bracy's Nursery
64624 Dummyline Rd.
Amite, LA 70422

A.S.S.I.S.T.
2807 Monties
Arlinton, TX 76015

Attorney General of Texas
Taxation Division - Bankruptcy
Box 12548 Capitol Station
Austin, TX 78711

Burns Firm, LTD
14160 North Dallas Pkwy., Ste.
Dallas, TX 75254

Abbott Ipco
10221 Corkwood Rd.
PO Box 551329
Dallas, TX 75355

Attorney General of Texas
Bankruptcy Reporting Contact
OAG/CSD/Mail Code 38
P.O. Box 12017
Austin, TX 78711-2017

BWI Companies, Inc
PO Box 59206
Dallas, TX 75243-5099

ABC Nursery
424 East Gardenia Blvd.
Gardena, CA 90248

Austin Tree Source
PO Box 455
Mexia, TX 76667

Central Garden and Pet
830 SW 14th St.
Grand Prairie, TX 75051

Alan Hodges
14001 SE 9th Place
Gainesville, FL 32641

Balch & Bingman LLP
Mark P Caraway
401 East Capital St., Ste. 600
PO Box 651
Jackson, MS 39205

CH Robinson
PO Box 9121
Minneapolis, MN 55480-9121

Alfaro Tree Sales
10755 Pearsall Rd.
Atascosa, TX 75002

Big City Crushed Concrete
PO Box 29816
Dallas, TX 75229

Citibank Mastercard
Processing Center
Des MOines, IA 50363

Allen Lund Company
PO Box 51083
Los Angeles, CA 90051-5383

Binkley & Barfield
1801 Gateway Blvd., Ste. 103
Richardson, TX 75080

Citicorp Credit Services
PO Box 6500
Sioux Falls, SD 57117

AM Growers
PO Box 780476
Tallassee, AL 36078

BJ Denton
974 Ector Chase NW
Kennesaw, GA 30152

Classic Groucovers
405 Belmont Rd.
Athens, GA 30605

Debtor(s): North Dallas Lawn Care & Landscape, Inc.    Case No:
Chapter: 11
Case 15-41268    Doc 1    Filed 07/15/15    Entered 07/15/15 08:50:15    Desc Main
              Document      Page 13 of 17
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| Cole's Plants<br>5807 Quanah Hill Rd.<br>Weatherford, TX 75243 | Darrell Ingram CPA<br>2730 N. Stemmons Frwy. # 709<br>Dallas, TX 75207 | Ferguson, Braswell & Fraser, PC<br>2500 Dallas Pkwy., Ste. 501<br>Plano, TX 75093 |
| Color Source Farm<br>PO Box 2140<br>Rockwall, TX 75087 | Dempsey Partners<br>372 Danbury Rd., Ste 218<br>Wiltn, CT 06897 | Floratech, inc.<br>PO Box 1536<br>Rockwall, TX 75087 |
| Color Spot Nurseries<br>2575 Olive Hill Rd.<br>Fallbrook, CA 92028-0849 | Dewey M Dalton<br>Jones, Allen & Fuquay, LLP<br>8828 Greenville Ave.<br>Dallas, TX 75243-7143 | Flowerwood Nursery<br>PO Box 708<br>Loxley, AL 36551 |
| Color Your World<br>1112 Southview Drive<br>Lucas, TX 75002 | Discover Card<br>PO Box 29033<br>Phoenix, AZ 85038 | FMC Financial Services, Inc.<br>13155 Noel Rd., Suite 900<br>Dallas, TX 75240 |
| Colors of Texas<br>211 E. Bridge St.<br>Granbury, TX 76048 | Donald D. Degrasse<br>Degrasse & Rolnick<br>6363 Woodway, Ste. 975<br>Houston, TX 77057 | Friedman & Feiger, LLP<br>5301 Spring Valley Rd., Ste. 21<br>Dallas, TX 75254 |
| Conroe Greenhouses<br>PO Box 1051<br>Conroe, TX 77305 | Doug Young Nursery<br>29 Roberts Rd.<br>PO Box 39<br>Forest Hill, LA 71430 | G. Lee Finley<br>Finley & Associates<br>PO Box 860362<br>Plano, TX 75086-0362 |
| Creekside Nursery-TN<br>828 Herman Lance Rd.<br>Morrison, TN 37357 | Elizabeth Schrupp<br>Certified Public Accountant<br>6223 Lavendale Ave.<br>Dallas, TX 75230 | Glast, Phillips & Murray, PC<br>14801 Quorum Dr., Ste. 500<br>Dallas, TX 75254 |
| Creekside Nursery-TX<br>PO Box 842533<br>Dallas, TX 75284-2533 | Emerald Green Growers<br>PO Box 10886<br>Pensacola, FL 32524 | Glenn Walters Nursery<br>7375 NW Roy Rd.<br>Cornelius, OR 97113 |
| Dallas County<br>C/O Laurie Spindler Huffman<br>Linebarger, Goggan, Blair & Sam<br>2323 Bryan St., Suite 1600<br>Dallas, TX 75201 | F & M Vargas Nursery<br>PO Box 112<br>3930 Hwy. 112<br>Forest Hill, LA 71430 | Golden Roots Trees<br>PO Box 829<br>Mexia, TX 76667 |
| Danny's Ground Covers<br>PO Box 164<br>45 Martin Rd.<br>Glenmore, LA 71433 | Far South Wholesale Nursey<br>911 Penion Drive<br>Austin, TX 78748 | Green Forest Nursery<br>1478 Old Hwy. 26<br>Perkinston, MS 39573 |

Case 15-41268    Doc 1    Filed 07/15/15    Entered 07/15/15 08:50:15    Desc Main
Document      Page 14 of 17
Debtor(s):  North Dallas Lawn Care & Landscape, Inc.    Case No:
Chapter: 11
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

Green Lake Nursery
PO Box 360656
Dallas, TX 75336-0656

Internal Revenue Service -
Centralized Insolvency Operatio
PO Box 7346
Philadelphia, PA 19101-7346

Jenasco, Inc.
11808 FM 906E
Paris, TX 75462

Greenleaf Nursery
Dept. #96-0460
Oklahoma Citry, OK 73196-0460

Internal Revenue Service - ED
Centralized Insolvency Operatio
PO Box 7346
Philadelphia, PA 19101-7346

John Ames
Dallas County Tax Assessor-Coll
PO Box 139066
Dallas, TX 75313

Harrell's, LLC
PO Box 935358
Atlanta, GA 31193-5358

Intuit
5601 Headquarters Dr.
Plano, TX 75024

John R. Ames
Dallas County Tax Assessor
10056 Marsh Lane #160
Dallas, TX 75229

Harry's Greenhouse, Inc
6819 Quanah Hill Rd.
Weatherford, TX 76087

IPFS (Hotchkeisss Ins. Co.)
145 Bradford Dr.
W. BErlin, NJ 08091

Josie's Nursery
PO 314
12 Pine St.
Forest Hill, LA 71430

Harvast Supply
2317 Cullen St.
Ft. Worth, TX 76107

J Berry Nursery
201 PR 5180
1700 W Frank St.
Grand Saline, TX 75140

Joss Growers
900 County Rd. 130
Georgetown, TX 78626

Hibernia Nursery
1176 C-478A
Webster, FL 33597

J2 Construction
3203 Saint Pierre
McKinney, TX 75070

Joss Growers
900 County Road 130
Georgetoen, TX 78626

Holt Cat
PO Box 911975
Dallas, TX 75391-7975

James Brendan Carroll III PC
501 Elm Street
Suite 385 LB 33
Dallas, TX 75202

Kim Esber
101 Redwood Lane
State College, PA 16801

Home Grown Plants
1409 Talley Rd.
Garland, TX 75044

James Wendell Norris
5656 Baxter Well Road
McKinney, TX 75071

Kim Norris
10 Seabrook Point Dr.
Seabrook, SC 29940

Hope Agri Products
PO Box 1271
Hope, AR 71802

Jameson And Dunagan, PC
5429 LBJ Freeway, Ste. 700
Dallas, TX 75240
Attn: Matthew C Jameson

La Fleur's Nursery
721 Goyo Rd.
Washington, LA 70589

Hydro-lectric Equipment, Inc.
10908 Sanden Dr., Ste. 300
Dallas, TX 75238

Janik PC
600 N. Pearl St., Ste. 2255, LB
Dallas, TX 75201

Left Coast Logistics
18801 SW Martinazzi Ave
Suite 200
Tualatin, OR 97062

Leno's Plant Farm
1573 Newt Patterson Rd.
Mansfield, TX 76063

Michael Eagan, PC
11520 N. Central Exprwy., Ste.
Dallas, TX 75243

Ran Pro Farms
PO Box 300
Tyler, TX 75710

Leon Cannon
Leon Cannon Logistics
PO Box 979
Lowell, AR 72745

Miramar Nursery
5400 Govenor DR.
PO Box 22598
San Diego, CA 92192

Richardson ISD
970 Security Row
Richardson, TX 75081

Leon Cannon Logistics
c/o Baxter Bailey & Associates
6000 Poplar Ave., Ste. 250
Memphis, TN 38119

Monrovia
817 Monrovia Place
PO Box 1385
Azusa, CA 91702

Richardson ISD Tax Office
516 Twighlight Trail
Richardson, TX 75080

Living Earth
The Letco Group, LLC
Dept 730004
PO Box 660919
Dallas, TX 75266-0919

MTV Trees
590 Rs CR 3236
Alba, TX 75410

Rushing Nursery, Inc.
3220 Redstone Drive South
Semmes, Al 36575

Lone Star Trees
PO Box 115
Waco, TX 76703

Nelson Plant Food LTD
PO Box 638
Bellville, TX 77418

Sam Poole Plant Farm
PO Box Drawer 70
Forest Hill, LA 7430

Longhorn, Inc.
PO Box 59929
Dallas, TX 75229

Office Depot
PO Box 660113
Dallas, TX 75266

Scheef & Stone, LLP
500 N. Akard, Ste. 2700
Dallas, TX 75201

M Keith Ogle
Shannon, Gracey, Ratliff & Mill
1000 Ball Park Way, Suite 300
Arlington, TX 76011

Paul Flannigan
Flannigan Law Firm PLLC
PO Box 143
Tioga, TX 76271

Schubert Evans
900 Jackson St., Ste. 630
Dallas, TX 75202

Marian Gardens
619 W. State Road 50
Groveland, FL 34736

Philip D. Collins & Associates,
Attn: Caig J. Luffy
7557 Rambler Rd., Suite 930
Dallas, TX 75230

Sean M. Lynch
956 W Rosedale St.
Ft. Worth, TX 76104

McCurley, Orsinger, McCurley, N
Downing, LLP
5950 Sherry Lane #1500
Dallas, TX 75202

Piney
13701 Highland Valley Rd.
Escondido, CA 92025

SEC
100 F Street, NE
Washington, DC 20549

Mexia Nursery
767 FM 1366
Mexia, TX 76667

Pro-Steel, Inc.
5121 Kaltenburn Rd.
Ft Worth, TX 76119-6401

Select Portfolio Servicing
P.O. Box 65250
Salt Lake City, UT 84165

Case 15-41268    Doc 1    Filed 07/15/15    Entered 07/15/15 08:50:15    Desc Main
Document    Page 16 of 17

Debtor(s):  North Dallas Lawn Care & Landscape, Inc.    Case No:
Chapter: 11
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

Servcom
101 W. Main St.
Richardson, TX 75081

The JD Russell Company
c/o Donna Kaye Rashti
4422 Ridgeside Drive
Dallas, TX 75244

Village Nurseries
PO Box 5465
Orange, CA 92863-5465

Sesster Farms
33205 SE Oxbow Drive
Gresham, OR 97080

The Plant Factory
PO Box 1536
Rockwall, TX 75087

Walsh & Walsh
420 Exchange, Suite 270
Irvine, CA 92602

Shannon Lynch
8333 Douglas Ave., #1000
Dallas, TX 75225

Tree Town USA
PO Box 203471
Houston, TX 77216-3471

Windmill Nursery
PO Box 400
12398 Hwy. 25
Folsom, LA 70437

Sovereign Bank
Dallas Private Banking
17950 Preston Rd., Suite 500
Dallas, TX 75252

Triangle Nursey
PO Box 681248
Houston, TX 77268

Sumter Gardens Tree Nursery
PO Box 159
Sumterville, FL 33585

Twin Lakes Nursey
PO Box 605
Canton, TX 75103

Sunbely Industrial Trucks
1617 Terre Colony Ct.
Dallas, TX 75212

United States Attorney
Northern District of Texas
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1699

Texas Comptroller of Public Acc
Revenue Accounting DIV
Bankruptcy Section
PO Box 13528
Austin, TX 78711-3528

United States Attorney
110 North College Ave., Ste. 70
Tyler, TX 75702-0204

Texas Comptroller of Public Acc
C/O Office of the Attorney Gene
Bankruptcy - Collections Divisi
P.O. Box 12548
Austin, TX 78711-2548

United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

Texas Workforce Commission
TEC Building Tax Dept.
101 E. 15th Street
Austin, TX 78778

United States Trustee
110 North College Ave., Ste. 30
Tyler, TX 75702-7231

The Hartford Insurance
PO Box 2907
Hartford, CT 06104-2907

US Assure Insurance
4301 Trotter Lane
Flower Mound, TX 75028

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:                                                                    CHAPTER   11

**North Dallas Lawn Care & Landscape, Inc.**

DEBTOR(S)                                           CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| James Wendell Norris<br>5656 Baster Well road<br>McKinney, TX 75071 | | 100% of all shares | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **7/15/2015**                               Signature: **/s/ James Wendell Norris**
                                                                              *James Wendell Norris*
                                                                              **President**