**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 4:15-BK-41268-BTR |
| | § | |
| NORTH DALLAS LAWN CARE & | § | |
| LANDSCAPE, INC. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Christopher J. Moser, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $723,296.30 | Assets Exempt: | NA |
| *(without deducting any secured claims)* | | | |
| | | | |
| Total Distributions to Claimants: | $1,873,158.74 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $288,278.53 | | |

3)      Total gross receipts of $2,161,437.27 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,161,437.27 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $25,697.30 | $1,888,394.20 | $1,873,158.74 | $1,873,158.74 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $236,237.85 | $236,237.85 | $236,237.85 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $105,891.13 | $105,891.13 | $52,040.68 |
| Priority Unsecured Claims (From **Exhibit 6**) | $60,000.00 | $276,516.38 | $276,516.38 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $3,262,603.34 | $2,392,540.56 | $556,472.99 | $0.00 |
| **Total Disbursements** | $3,348,300.64 | $4,899,580.12 | $3,048,277.09 | $2,161,437.27 |

4). This case was originally filed under chapter 11 on 07/15/2015. The case was converted to one under Chapter 7 on 02/08/2017. The case was pending for 41 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/08/2020        By:    /s/ Christopher J. Moser
                                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 10900 Petal Street, Dallas, TX 75238 | 1110-000 | $1,900,000.00 |
| Wells Fargo Checking Account | 1129-000 | $1,040.19 |
| Insurance Claims pending with Hartford | 1149-000 | $100,000.00 |
| Insurance Claims pending with Nationwide | 1149-000 | $150,000.00 |
| Accts Recvble:  Personal Environments | 1221-000 | $41.12 |
| Accts Recvble: Emerritus Landscaping LLC | 1221-000 | $1,308.97 |
| Accts Recvble: John Huls dba Accent Landscape | 1221-000 | $69.02 |
| Accts Recvble: Montgoery Farm Gardens | 1221-000 | $573.64 |
| Accts Recvble: Ticer Lawn & Landscaping Svcs | 1221-000 | $1,969.64 |
| Accts Recvble: Total Lawn Care Inc | 1221-000 | $6,000.00 |
| Accts Recvble: Turfmaster Corp | 1221-000 | $434.69 |
| **TOTAL GROSS RECEIPTS** | | **$2,161,437.27** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Dallas County | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | Richardson ISD | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3A | Holt Texas, Ltd. d/b/a Holt Cat | 4210-000 | $25,697.30 | $15,235.46 | $0.00 | $0.00 |
| 26 | Dallas County | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | RICHARDSON ISD | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Lien Payoff | 4110-000 | $0.00 | $1,677,541.86 | $1,677,541.86 | $1,677,541.86 |
| | Payoff - Big City Crushed Concrete | 4210-000 | $0.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| | Payoff - F&M Vargas Nursery LLC | 4210-000 | $0.00 | $25,000.00 | $25,000.00 | $25,000.00 |
| | Payoff - Holt Texas LTD dba Holt Cat | 4210-000 | $0.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| | Payoff - J Fuentes Auto Service | 4210-000 | $0.00 | $2,051.31 | $2,051.31 | $2,051.31 |

| | | | | | |
|---|---|---|---|---|---|
| SOVEREIGN BANK | 4210-000 | $0.00 | $164,065.57 | $164,065.57 | $164,065.57 |
| John Ames | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | $25,697.30 | $1,888,394.20 | $1,873,158.74 | $1,873,158.74 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Christopher J. Moser, Trustee | 2100-000 | NA | $58,500.00 | $58,500.00 | $58,500.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $880.00 | $880.00 | $880.00 |
| Courier/FedEx Services | 2500-000 | NA | $26.74 | $26.74 | $26.74 |
| Document Preparation Fee | 2500-000 | NA | $150.00 | $150.00 | $150.00 |
| E-recording Fee | 2500-000 | NA | $26.65 | $26.65 | $26.65 |
| Recording Fees | 2500-000 | NA | $210.00 | $210.00 | $210.00 |
| Settlement or Closing Fees | 2500-000 | NA | $500.00 | $500.00 | $500.00 |
| State of Texas Policy Guaranty Fee | 2500-000 | NA | $3.00 | $3.00 | $3.00 |
| Tax Certificates | 2500-000 | NA | $64.95 | $64.95 | $64.95 |
| Title Insurance | 2500-000 | NA | $8,141.00 | $8,141.00 | $8,141.00 |
| BANK OF KANSAS CITY | 2600-000 | NA | $298.63 | $298.63 | $298.63 |
| BOK FINANCIAL | 2600-000 | NA | $2,849.91 | $2,849.91 | $2,849.91 |
| Independent Bank | 2600-000 | NA | $271.78 | $271.78 | $271.78 |
| Integrity Bank | 2600-000 | NA | $1,541.00 | $1,541.00 | $1,541.00 |
| 2016 ISD | 2820-000 | NA | $726.44 | $726.44 | $726.44 |
| 2016 Personal ISD | 2820-000 | NA | $3,529.01 | $3,529.01 | $3,529.01 |
| 2016 Personal Taxes | 2820-000 | NA | $3,648.72 | $3,648.72 | $3,648.72 |
| 2016 Property Taxes | 2820-000 | NA | $751.09 | $751.09 | $751.09 |
| Property Tax TR 1 | 2820-000 | NA | $323.36 | $323.36 | $323.36 |
| Property Tax TR2 | 2820-000 | NA | $6.88 | $6.88 | $6.88 |
| United States Trustee | 2950-000 | NA | $6,500.00 | $6,500.00 | $6,500.00 |
| Attorney's Fees, Attorney for Trustee | 3210-000 | NA | $58,713.00 | $58,713.00 | $58,713.00 |
| Attorney's Expenses, Attorney for Trustee | 3220-000 | NA | $4,502.16 | $4,502.16 | $4,502.16 |
| Accountant's Fees, Accountant for Trustee | 3410-000 | NA | $3,245.00 | $3,245.00 | $3,245.00 |
| Accountant's | 3420-000 | NA | $395.50 | $395.50 | $395.50 |

| | | | | | |
|---|---|---|---|---|---|
| Expenses, Accountant for Trustee | | | | | |
| COOK, DAVID, Appraiser for Trustee | 3711-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Attorney's Fees, Other Professional | 3991-000 | NA | $75,000.00 | $75,000.00 | $75,000.00 |
| IT, MOBILE SHRED, Other Professional | 3991-000 | NA | $2,140.00 | $2,140.00 | $2,140.00 |
| SMITH, ROBERT, Other Professional | 3991-000 | NA | $500.00 | $500.00 | $500.00 |
| Attorney's Expenses, Other Professional | 3992-000 | NA | $1,793.03 | $1,793.03 | $1,793.03 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $236,237.85 | $236,237.85 | $236,237.85 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cavazos Hendricks Poirot & Smitham, P.C., Attorney for D-I-P | 6210-160 | NA | $64,344.71 | $64,344.71 | $31,622.50 |
| Robert DeMarco, Attorney for D-I-P | 6210-160 | NA | $4,500.00 | $4,500.00 | $2,211.55 |
| Robbins Tapp Cobb & Assoc. PLLC, Accountant for Trustee/D-I-P | 6410-000 | NA | $37,046.42 | $37,046.42 | $18,206.63 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $105,891.13 | $105,891.13 | $52,040.68 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Internal Revenue Service - | 5800-000 | $55,000.00 | $52,378.42 | $52,378.42 | $0.00 |
| 11 | Texas Workforce Commission, Special Actions Unit | 5800-000 | $5,000.00 | $907.90 | $907.90 | $0.00 |
| 18A | Comptroller of Public Accounts | 5800-000 | $0.00 | $223,230.06 | $223,230.06 | $0.00 |
| 19 | Comptroller of Public Accounts | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $60,000.00 | $276,516.38 | $276,516.38 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3B | Holt Texas, Ltd. d/b/a Holt Cat | 7100-000 | $0.00 | $0.00 | $13,735.46 | $0.00 |
| 4a | Internal Revenue Service - | 7100-000 | $224.94 | $814.53 | $814.53 | $0.00 |
| 5 | Scheef & Stone, LLP | 7100-000 | $4,287.50 | $10,116.64 | $10,116.64 | $0.00 |
| 6 | BWI Companies Inc. | 7100-000 | $1,904.51 | $1,652.26 | $1,652.26 | $0.00 |
| 7 | Ran-Pro Farms, Inc. | 7100-000 | $6,869.66 | $6,799.45 | $6,799.45 | $0.00 |
| 8 | Twin Lakes Nursey | 7100-000 | $4,046.00 | $4,046.00 | $4,046.00 | $0.00 |
| 9 | The Pinery, LLC | 7100-000 | $5,456.13 | $8,984.82 | $8,984.82 | $0.00 |
| 10 | Doung Young Nursery, LLC | 7100-000 | $59,709.73 | $59,459.92 | $59,459.92 | $0.00 |
| 12 | Blessings Nursery, L.L.C. | 7100-000 | $23,290.18 | $23,110.18 | $23,110.18 | $0.00 |
| 13 | Mexia Nursery & Tree Farm Inc c/o | 7100-000 | $18,725.00 | $18,725.00 | $18,725.00 | $0.00 |
| 14 | Office Depot | 7100-000 | $5,000.00 | $2,329.94 | $2,329.94 | $0.00 |
| 15 | Floratech, inc. | 7100-000 | $24,364.00 | $25,289.39 | $25,289.39 | $0.00 |
| 16 | Comdata, Inc. | 7100-000 | $0.00 | $906.65 | $906.65 | $0.00 |
| 17 | American Express Bank, FSB | 7100-000 | $81,527.95 | $81,527.95 | $81,527.95 | $0.00 |
| 18B | Comptroller of Public Accounts | 7100-000 | $0.00 | $20,013.10 | $20,013.10 | $0.00 |
| 19a | Comptroller of Public Accounts | 7100-000 | $0.00 | $30.60 | $0.00 | $0.00 |
| 20 | Green Lake Nursery | 7100-000 | $5,538.70 | $11,783.08 | $11,783.08 | $0.00 |
| 21 | Synchrony Bank | 7100-000 | $0.00 | $1,039.59 | $1,039.59 | $0.00 |
| 22 | Kimberly Norris | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | Village Nurseries Wholesale | 7100-000 | $24,838.75 | $47,356.29 | $47,356.29 | $0.00 |
| 24A | Sovereign Bank | 7100-000 | $2,029,170.05 | $2,022,684.46 | $0.00 | $0.00 |
| 24B | Sovereign Bank | 7100-000 | $0.00 | $0.00 | $181,077.03 | $0.00 |
| 25 | Lone Star Trees | 7100-000 | $8,000.00 | $8,165.00 | $0.00 | $0.00 |
| 27 | IPFS Corporation | 7100-000 | $4,726.64 | $3,938.87 | $3,938.87 | $0.00 |
| 28 | Far South Wholesale Nursey | 7100-000 | $1,667.50 | $1,860.68 | $1,860.68 | $0.00 |
| 30 | Ran-Pro Farms, Inc. | 7100-000 | $0.00 | $6,799.45 | $6,799.45 | $0.00 |
| 31 | Cole's Plants Inc. | 7100-000 | $1,716.00 | $1,716.00 | $1,716.00 | $0.00 |

| 33 | Classic Groudcovers Inc. | 7100-000 | $5,889.60 | $5,889.60 | $5,889.60 | $0.00 |
|---|---|---|---|---|---|---|
| 34 | Abbott Ipco. Inc. | 7100-000 | $2,308.00 | $2,308.00 | $2,308.00 | $0.00 |
| 36 | Schubert Evans | 7100-000 | $16,000.00 | $15,193.11 | $15,193.11 | $0.00 |
| | 3AM Growers | 7100-000 | $7,392.50 | $0.00 | $0.00 | $0.00 |
| | A & D Brokerage | 7100-000 | $1,075.00 | $0.00 | $0.00 | $0.00 |
| | A-1 GROWERS | 7100-000 | $97,769.25 | $0.00 | $0.00 | $0.00 |
| | A.S.S.I.S.T. | 7100-000 | $10,386.21 | $0.00 | $0.00 | $0.00 |
| | ABC NURSERY | 7100-000 | $8,208.08 | $0.00 | $0.00 | $0.00 |
| | Alan Hodges | 7100-000 | $5,081.73 | $0.00 | $0.00 | $0.00 |
| | ALFARO TREE SALES | 7100-000 | $4,552.06 | $0.00 | $0.00 | $0.00 |
| | ALLEN LUND COMPANY | 7100-000 | $3,250.00 | $0.00 | $0.00 | $0.00 |
| | AM GROWERS | 7100-000 | $7,392.50 | $0.00 | $0.00 | $0.00 |
| | AMERICA ASIAN FOOD MART | 7100-000 | $3,390.79 | $0.00 | $0.00 | $0.00 |
| | AMERICAN EXPRESS-BLUE | 7100-000 | $28,594.18 | $0.00 | $0.00 | $0.00 |
| | AUSTIN TREE SOURCE | 7100-000 | $4,945.00 | $0.00 | $0.00 | $0.00 |
| | BIG CITY CRUSHED CONCRETE | 7100-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| | BINKLEY & BARFIELD | 7100-000 | $4,952.21 | $0.00 | $0.00 | $0.00 |
| | BJ DESTON | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | BRACY'S NURSERY | 7100-000 | $34,685.45 | $0.00 | $0.00 | $0.00 |
| | BURNS FIRM LTD | 7100-000 | $3,995.00 | $0.00 | $0.00 | $0.00 |
| | CENTRAL GARDEN AND PET | 7100-000 | $4,165.28 | $0.00 | $0.00 | $0.00 |
| | CH ROBINSON | 7100-000 | $12,820.70 | $0.00 | $0.00 | $0.00 |
| | COLOR SOURCE FARM | 7100-000 | $10,519.20 | $0.00 | $0.00 | $0.00 |
| | COLOR SPORT NURSERIES | 7100-000 | $3,116.08 | $0.00 | $0.00 | $0.00 |
| | COLOR YOUR WORD | 7100-000 | $9,242.00 | $0.00 | $0.00 | $0.00 |
| | COLORS OF TEXAS | 7100-000 | $2,127.50 | $0.00 | $0.00 | $0.00 |
| | CONROE GREENHOUSES | 7100-000 | $11,148.36 | $0.00 | $0.00 | $0.00 |
| | CREEKSIDE NURSERY - TX | 7100-000 | $13,236.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| CREEKSIDE NURSERY-TN | 7100-000 | $8,966.00 | $0.00 | $0.00 | $0.00 |
| DANNY'S GROUND COVERS | 7100-000 | $19,926.00 | $0.00 | $0.00 | $0.00 |
| DARRELL INGRAM CPA | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEMPSEY PARTNERS | 7100-000 | $890.00 | $0.00 | $0.00 | $0.00 |
| ELIZABETH SCHRUPP | 7100-000 | $8,050.00 | $0.00 | $0.00 | $0.00 |
| EMERALD GREEN GROWERS | 7100-000 | $8,258.13 | $0.00 | $0.00 | $0.00 |
| F & M VARGAS NURSERY | 7100-000 | $54,166.68 | $0.00 | $0.00 | $0.00 |
| FERGUSON BRASWELL & FRASER PC | 7100-000 | $2,235.00 | $0.00 | $0.00 | $0.00 |
| FLOWERWOOD NURSERY | 7100-000 | $11,173.94 | $0.00 | $0.00 | $0.00 |
| FMC FINANCIAL SERVICES INC | 7100-000 | $5,350.75 | $0.00 | $0.00 | $0.00 |
| GLAST PHILLIPS & MURRAY PC | 7100-000 | $1,969.57 | $0.00 | $0.00 | $0.00 |
| GLENN WALTERS NURSERY | 7100-000 | $7,938.84 | $0.00 | $0.00 | $0.00 |
| GOLDEN ROTS TREES | 7100-000 | $17,296.67 | $0.00 | $0.00 | $0.00 |
| GREEN FOREST NURSERY | 7100-000 | $11,821.53 | $0.00 | $0.00 | $0.00 |
| GREENLEAF NURSERY | 7100-000 | $26,809.82 | $0.00 | $0.00 | $0.00 |
| HARRELL'S LLC | 7100-000 | $1,120.36 | $0.00 | $0.00 | $0.00 |
| HARRY'S GREENHOUSE INC | 7100-000 | $4,683.00 | $0.00 | $0.00 | $0.00 |
| HARVAST SUPPLY | 7100-000 | $4,694.74 | $0.00 | $0.00 | $0.00 |
| HIBERNIA NURSERY | 7100-000 | $28,495.00 | $0.00 | $0.00 | $0.00 |
| HOME GROWN PLANTS | 7100-000 | $12,000.00 | $0.00 | $0.00 | $0.00 |
| HOPE AGRI PRODUCTS | 7100-000 | $5,757.44 | $0.00 | $0.00 | $0.00 |
| HYDRO- | 7100-000 | $3,018.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| LECTRIC EQUIPMENT INC | | | | | |
| INTUIT | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| J BERRY NURSERY | 7100-000 | $3,600.00 | $0.00 | $0.00 | $0.00 |
| JANIK PC | 7100-000 | $80,349.00 | $0.00 | $0.00 | $0.00 |
| JENASCO INC | 7100-000 | $11,733.40 | $0.00 | $0.00 | $0.00 |
| JOSIE'S NURSERY | 7100-000 | $15,363.80 | $0.00 | $0.00 | $0.00 |
| JOSS GROWERS | 7100-000 | $5,542.35 | $0.00 | $0.00 | $0.00 |
| JOSS GROWERS | 7100-000 | $1,910.50 | $0.00 | $0.00 | $0.00 |
| KIM ESBER | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| LA FLEUR'S NURSERY | 7100-000 | $1,660.00 | $0.00 | $0.00 | $0.00 |
| LEFT COAST LOGISTICS | 7100-000 | $2,952.57 | $0.00 | $0.00 | $0.00 |
| LENO'S PLANT FARM | 7100-000 | $2,120.00 | $0.00 | $0.00 | $0.00 |
| LEON CANNON LOGISTICS | 7100-000 | $7,900.00 | $0.00 | $0.00 | $0.00 |
| LIVING EARTH | 7100-000 | $5,088.40 | $0.00 | $0.00 | $0.00 |
| LONGHORN INC | 7100-000 | $4,000.00 | $0.00 | $0.00 | $0.00 |
| MARIAN GARDENS | 7100-000 | $12,715.00 | $0.00 | $0.00 | $0.00 |
| MICHAEL EAGAN PC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| MIRAMAR NURSERY | 7100-000 | $5,035.84 | $0.00 | $0.00 | $0.00 |
| MONROVIA | 7100-000 | $5,934.56 | $0.00 | $0.00 | $0.00 |
| MTV TREES | 7100-000 | $16,100.00 | $0.00 | $0.00 | $0.00 |
| NELSON PLANT FOOD LTD | 7100-000 | $2,400.00 | $0.00 | $0.00 | $0.00 |
| PAUL FLANNIGAN | 7100-000 | $3,500.00 | $0.00 | $0.00 | $0.00 |
| PRO-STEE INC | 7100-000 | $10,455.00 | $0.00 | $0.00 | $0.00 |
| RUSHING NURSERY INC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| SAM POOLE PLANT FARM | 7100-000 | $14,461.00 | $0.00 | $0.00 | $0.00 |
| SELECT PROTFOLIO SERVICING | 7100-000 | $53,425.00 | $0.00 | $0.00 | $0.00 |
| SERVCOM | 7100-000 | $2,000.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| SESSTER FARMS | 7100-000 | $30,726.37 | $0.00 | $0.00 | $0.00 |
| SHANNON LYNCH | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| SUMTER GARDENS TREE NURSERY | 7100-000 | $9,145.00 | $0.00 | $0.00 | $0.00 |
| SUNBELY INDUSTRIAL TRUCKS | 7100-000 | $725.00 | $0.00 | $0.00 | $0.00 |
| THE HARTFORD INSURANCE | 7100-000 | $8,000.00 | $0.00 | $0.00 | $0.00 |
| THE JD RUSELL COMPANY | 7100-000 | $27,297.54 | $0.00 | $0.00 | $0.00 |
| THE PLANT FACTORY | 7100-000 | $11,988.40 | $0.00 | $0.00 | $0.00 |
| TREE TOWN USA | 7100-000 | $19,270.09 | $0.00 | $0.00 | $0.00 |
| US ASSURE INSURANCE | 7100-000 | $400.00 | $0.00 | $0.00 | $0.00 |
| WINDMILL NURSERY | 7100-000 | $3,377.13 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $3,262,603.34 | $2,392,540.56 | $556,472.99 | $0.00 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1        Exhibit 8

| Case No.: | 15-41268-BTR | | | Trustee Name: | Christopher J. Moser |
| Case Name: | North Dallas Lawn Care & Landscape, Inc. | | | Date Filed (f) or Converted (c): | 02/08/2017 (c) |
| For the Period Ending: | 7/8/2020 | | | §341(a) Meeting Date: | 03/03/2017 |
| | | | | Claims Bar Date: | 05/10/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | 10900 Petal Street, Dallas, TX 75238 | $1,635,000.00 | $172,798.99 | | $1,900,000.00 | FA |
| **Asset Notes:** | COMMERCIAL PROPERTY ; On March 23, 2017, Order Granting Expedited Motion to Sell Property of the Estate was entered, items # 1 and 10 - 27, with proceeds posted to item # 1. | | | | | |
| 2 | Wells Fargo Checking Account | $70,000.00 | $0.00 | | $1,040.19 | FA |
| **Asset Notes:** | Scheduled Balance in acct. xx8479 = $70,000.00 listed as approximate at time of filing Chapt 11.;  Trustee received a letter from Wells Fargo stating the debtor has 3 bank accts with a combined balance of $1,040.19 | | | | | |
| 3 | Sovereign Bank Account | $10,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Balance is approximate at time of filing Chapt 11. | | | | | |
| 4 | American National Bank | $2,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Balance is approximate at time of filing Chapt 11. | | | | | |
| 5 | Accts Receivable - remaining                    (u) | $108,602.92 | $0.00 | | $0.00 | FA |
| 6 | Accts Receivalbe:  Joyce Lindauer | $2,807.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor is owed a refund from Joyce Lindauer. | | | | | |
| 7 | Insurance Claims pending with Hartford | $3,281,000.00 | $100,000.00 | | $100,000.00 | FA |
| 8 | Insurance Claims pending with Nationwide | $1,448,000.00 | $150,000.00 | | $150,000.00 | FA |
| **Asset Notes:** | Balance is approximate.  Affiliated company is Depositors Insurance Co | | | | | |
| 9 | Possible NOLs | Unknown | $0.00 | | $0.00 | FA |
| 10 | Petal Location Additional Property | $207,850.00 | $207,850.00 | | $0.00 | FA |
| **Asset Notes:** | On March 23, 2017, Order Granting Expedited Motion to Sell Property of the Estate was entered, items # 1 and 10 - 27, with proceeds posted to item # 1. Northern Tool Spray Tanks (2); Deck Mower Husquarna; Echo Blowers (2) ;Echo Chainsaws (2) ;Echo Weedeaters (2); Echo Pole Trimmer; Echo Hedge Trimmer; Air Compressors (2) ; Flower Racks (20) ; Two Way Radios ; GE Refidgerator ; Miscellaneous Shop Tools ; Fuel Tanks 100 Gallon (2) ; Gray Shops (4) ; Pump System ; Misc. Irrigation Parts ; Fuel for Equipment ; Chemicals ; Shade Cloth ; Automotive Parts and Supplies ; Misc. Shop Supplies ; Drainage Pipe Trellis, Bamboo Stakes ; Rebar ; Fencing and Gate Material ; Black Ground Cloth ; Used Nursery Containers ; Computers/Servers ; Security System ; Phone System ; Fax Machine ; Copy Machine ; Coffee Makers; Microwaves ; Water Dispenser ; Small Fridge ; Misc. Office Supplies ; Printers, Desks, Chairs, Shelves; Filing Cabinets ; Metal Shelves (in shops) ; Green Carts ; Portable Toilet ; Road Grader Machine ; Tractor Bucket and Forks ; Concrete Stoppers ; Information Center Building ; Sales Building ; Ordering Building ; Used Pallets ; Loads of Crushed Concrete (Road Base) Container Soil ;Green Houses; Pond Dam Liner ; Black Drainage Culverts ; Stored Water | | | | | |
| 11 | Lakemere Location Property | $6,955.00 | $6,955.00 | | $0.00 | FA |
| **Asset Notes:** | On March 23, 2017, Order Granting Expedited Motion to Sell Property of the Estate was entered, items # 1 and 10 - 27, with proceeds posted to item # 1. Computers, Printers, Phones, Fax/Scanner, Copy Machine ; Security System ; Desk and Desk Armoire ; Folding Tables ; Chairs - Office ; Shelves ; Filing Cabinet ; A/C Unit ;Coffee Maker, Microwave, Refridgerator ;Mirror ;Couch ; Chair and Foot Rest - Living room ; Table - kitchen ; TV/DVD/Satellite ;Surround Sound System ; End Table ; Lamp ; Stool ; Dishwasher, Stove, Toaster ; Bed ; Ironing Board ; Lawn Furniture Set ; Grill ; Fire Pit ; Trash Cans ; Misc. Kitchen ; Supplies ; Misc. | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2                Exhibit 8

| | |
|---|---|
| **Case No.:** 15-41268-BTR | **Trustee Name:** Christopher J. Moser |
| **Case Name:** North Dallas Lawn Care & Landscape, Inc. | **Date Filed (f) or Converted (c):** 02/08/2017 (c) |
| **For the Period Ending:** 7/8/2020 | **§341(a) Meeting Date:** 03/03/2017 |
| | **Claims Bar Date:** 05/10/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Office Supplies ; Lighting Equipment | | | | | |

**Ref. #**

| 12 | INVENTORY | $326,081.38 | $326,081.38 | | $0.00 | FA |
|---|---|---|---|---|---|---|

**Asset Notes:** On March 23, 2017, Order Granting Expedited Motion to Sell Property of the Estate was entered, items # 1 and 10 - 27, with proceeds posted to item # 1.
Ground Covers - $25,599.45; Grasses - $16,517.14; Annual Spring - $5,388.50; Annual Fall - $0.00; Shrubs - $100,041.85; Trees - $140,982.70; Topiaries - $13,228.69; Perennials - $16,563.25; Vines - $3,935.00 ; Hardlines - $2,752.80; Edging - $1,072.00;

| 13 | Petal Loc. 1999 Ford F350 | $1,000.00 | $1,000.00 | | $0.00 | FA |
|---|---|---|---|---|---|---|

**Asset Notes:** COMMERCIAL PROPERTY ; On March 23, 2017, Order Granting Expedited Motion to Sell Property of the Estate was entered, items # 1 and 10 - 27, with proceeds posted to item # 1.

| 14 | Petal Loc. 2001 Ford F350 | $5,000.00 | $5,000.00 | | $0.00 | FA |
|---|---|---|---|---|---|---|

**Asset Notes:** COMMERCIAL PROPERTY ; On March 23, 2017, Order Granting Expedited Motion to Sell Property of the Estate was entered, items # 1 and 10 - 27, with proceeds posted to item # 1.

| 15 | Petal Loc. 1998 Chevrolet 3500 | $2,000.00 | $2,000.00 | | $0.00 | FA |
|---|---|---|---|---|---|---|

**Asset Notes:** COMMERCIAL PROPERTY ; On March 23, 2017, Order Granting Expedited Motion to Sell Property of the Estate was entered, items # 1 and 10 - 27, with proceeds posted to item # 1.

| 16 | Petal Loc. 1988 Chevrolet 1500 | $1,000.00 | $1,000.00 | | $0.00 | FA |
|---|---|---|---|---|---|---|

**Asset Notes:** COMMERCIAL PROPERTY ; On March 23, 2017, Order Granting Expedited Motion to Sell Property of the Estate was entered, items # 1 and 10 - 27, with proceeds posted to item # 1.

| 17 | Petal Loc. Homemade Trailer 26 ft. Gooseneck | $3,000.00 | $3,000.00 | | $0.00 | FA |
|---|---|---|---|---|---|---|

**Asset Notes:** COMMERCIAL PROPERTY ; On March 23, 2017, Order Granting Expedited Motion to Sell Property of the Estate was entered, items # 1 and 10 - 27, with proceeds posted to item # 1.

| 18 | Petal Loc. Homemade Trailer 26 ft. Gooseneck | $3,000.00 | $3,000.00 | | $0.00 | FA |
|---|---|---|---|---|---|---|

**Asset Notes:** COMMERCIAL PROPERTY ; On March 23, 2017, Order Granting Expedited Motion to Sell Property of the Estate was entered, items # 1 and 10 - 27, with proceeds posted to item # 1.

| 19 | Petal Loc. Big Tex Trailer 26 ft. Gooseneck | $3,000.00 | $3,000.00 | | $0.00 | FA |
|---|---|---|---|---|---|---|

**Asset Notes:** COMMERCIAL PROPERTY ; On March 23, 2017, Order Granting Expedited Motion to Sell Property of the Estate was entered, items # 1 and 10 - 27, with proceeds posted to item # 1.

| 20 | Petal Loc. Hawn Freeway Trailer 20 ft. Gooseneck | $2,500.00 | $2,500.00 | | $0.00 | FA |
|---|---|---|---|---|---|---|

**Asset Notes:** COMMERCIAL PROPERTY ; On March 23, 2017, Order Granting Expedited Motion to Sell Property of the Estate was entered, items # 1 and 10 - 27, with proceeds posted to item # 1.

| 21 | Petal Loc. Hawn Freeway Trailer 26 ft. Gooseneck | $3,500.00 | $3,500.00 | | $0.00 | FA |
|---|---|---|---|---|---|---|

**Asset Notes:** COMMERCIAL PROPERTY ; On March 23, 2017, Order Granting Expedited Motion to Sell Property of the Estate was entered, items # 1 and 10 - 27, with proceeds posted to item # 1.

| 22 | Petal Loc. Club Car Golf Cart | $1,500.00 | $1,500.00 | | $0.00 | FA |
|---|---|---|---|---|---|---|

**Asset Notes:** COMMERCIAL PROPERTY ; On March 23, 2017, Order Granting Expedited Motion to Sell Property of the Estate was entered, items # 1 and 10 - 27, with proceeds posted to item # 1.

| 23 | Petal Loc. Club Car Golf Cart | $1,500.00 | $1,500.00 | | $0.00 | FA |
|---|---|---|---|---|---|---|

**Asset Notes:** COMMERCIAL PROPERTY ; On March 23, 2017, Order Granting Expedited Motion to Sell Property of the Estate was entered, items # 1 and 10 - 27, with proceeds posted to item # 1.

| 24 | Petal Loc. Club Car Golf Cart | $1,500.00 | $1,500.00 | | $0.00 | FA |
|---|---|---|---|---|---|---|

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   3          Exhibit 8

| Case No.: | 15-41268-BTR | | | Trustee Name: | Christopher J. Moser |
| Case Name: | North Dallas Lawn Care & Landscape, Inc. | | | Date Filed (f) or Converted (c): | 02/08/2017 (c) |
| For the Period Ending: | 7/8/2020 | | | §341(a) Meeting Date: | 03/03/2017 |
| | | | | Claims Bar Date: | 05/10/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:** | COMMERCIAL PROPERTY ; On March 23, 2017, Order Granting Expedited Motion to Sell Property of the Estate was entered, items # 1 and 10 - 27, with proceeds posted to item # 1. | | | | | |
| **Ref. #** | | | | | | |
| 25 | Petal Loc. 2006 Kubota Tractor | $15,000.00 | $15,000.00 | | $0.00 | FA |
| **Asset Notes:** | COMMERCIAL PROPERTY ; On March 23, 2017, Order Granting Expedited Motion to Sell Property of the Estate was entered, items # 1 and 10 - 27, with proceeds posted to item # 1. | | | | | |
| 26 | Petal Loc. 2006 Kubota Tractor | $15,000.00 | $15,000.00 | | $0.00 | FA |
| **Asset Notes:** | COMMERCIAL PROPERTY ; On March 23, 2017, Order Granting Expedited Motion to Sell Property of the Estate was entered, items # 1 and 10 - 27, with proceeds posted to item # 1. | | | | | |
| 27 | Petal Loc. Utility Trailer | $500.00 | $500.00 | | $0.00 | FA |
| **Asset Notes:** | COMMERCIAL PROPERTY ; On March 23, 2017, Order Granting Expedited Motion to Sell Property of the Estate was entered, items # 1 and 10 - 27, with proceeds posted to item # 1. | | | | | |
| 28 | Accts Recvble: John Huls dba Accent Landscape  (u) | $69.02 | $69.02 | | $69.02 | FA |
| 29 | Accts Recvble: Ticer Lawn & Landscaping Svcs  (u) | $1,969.64 | $1,969.64 | | $1,969.64 | FA |
| 30 | Accts Recvble: Personal Environments  (u) | $41.12 | $41.12 | | $41.12 | FA |
| 31 | Accts Recvble: Turfmaster Corp  (u) | $434.69 | $434.69 | | $434.69 | FA |
| **Asset Notes:** | dba Botanica Integrated Landscapes | | | | | |
| 32 | Accts Recvble: Total Lawn Care Inc  (u) | $6,000.00 | $6,000.00 | | $6,000.00 | FA |
| **Asset Notes:** | Order 7/18/17 | | | | | |
| 33 | Accts Recvble: Montgoery Farm Gardens  (u) | $573.64 | $573.64 | | $573.64 | FA |
| 34 | Accts Recvble: Emerritus Landscaping LLC  (u) | $1,308.97 | $1,308.97 | | $1,308.97 | FA |

| | | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | $7,167,693.38 | $1,033,082.45 | | $2,161,437.27 | $0.00 |

**Major Activities affecting case closing:**

Singer & Levick, P.C. is employed to represent the trustee. David Cook is employed as an expert witness. Sheldon E. Levy, CPA is employed as an accountant. On March 23, 2017, Corrected Order Granting Expedited Motion to Sell Property of the Estate was entered, items # 1 and 10 - 27, with proceeds posted to item # 1. On July 18, 2017, Order Granting Motion to Compromise Controversies and Pay Attorney John Hubble at Closing was entered. On Oct. 16, 2017, Order Authorizing the Trustee to Abandon Remaining Unsold Personal Property and/or Destroy Documents was entered. In Nov. 2018, Trustee filed the estate's 2017 and 2018 estate tax returns with the IRS - no taxes were due. On Dec. 31, 2018, the IRS assessed a penalty of $1,800.00 for the 2017 Estate Tax Return. The Trustee attempted numerous times to get the penalty waived. On Nov. 8, 2019, the IRS agreed to waive the $1,800.00 penalty.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | |
|---|---|
| Case No.: | 15-41268-BTR |
| Case Name: | North Dallas Lawn Care & Landscape, Inc. |
| For the Period Ending: | 7/8/2020 |

| | |
|---|---|
| Trustee Name: | Christopher J. Moser |
| Date Filed (f) or Converted (c): | 02/08/2017 (c) |
| §341(a) Meeting Date: | 03/03/2017 |
| Claims Bar Date: | 05/10/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | | | | |
|---|---|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): 12/01/2018 | | Current Projected Date Of Final Report (TFR): 01/09/2020 | | | |

/s/ CHRISTOPHER J. MOSER

CHRISTOPHER J. MOSER

**FORM 2**

Page No: 1   Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No.: | 15-41268-BTR | |
| Case Name: | North Dallas Lawn Care & Landscape, Inc. | |
| Primary Taxpayer ID #: | **-***3238 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 7/15/2015 | |
| For Period Ending: | 7/8/2020 | |

| | |
|---|---|
| Trustee Name: | Christopher J. Moser |
| Bank Name: | BOK FINANCIAL |
| Checking Acct #: | ******5533 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $300,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/28/2017 | ( 2) | WELLS FARGO BANK, N.A. | Bank Account Balance | | 1129-000 | $1,040.19 | | $1,040.19 |
| 03/06/2017 | ( 28) | JOHN HULS, DBA ACCENT LANDSCAPE | Accts Recvble | | 1221-000 | $69.02 | | $1,109.21 |
| 03/14/2017 | ( 29) | TICER LAWN & LANDSCAPING SERVICES | Accts Recvble | | 1221-000 | $1,969.64 | | $3,078.85 |
| 03/14/2017 | ( 30) | ENVIRONMENTS, PERSONAL | Accts Recvble | | 1221-000 | $41.12 | | $3,119.97 |
| 03/14/2017 | ( 31) | TURFMASTER CORPORATION DBA | Accts Recvble | | 1221-000 | $434.69 | | $3,554.66 |
| 03/27/2017 | | BANK WIRE CREDIT ON 3/27/17 | Net Sale Proceeds from buyer Landmark Nurseries, Inc. | | * | $172,798.99 | | $176,353.65 |
| | {1} | | Gross Sale Proceeds | $1,900,000.00 | 1110-000 | | | $176,353.65 |
| | | | Lien Payoff | $(1,677,541.86) | 4110-000 | | | $176,353.65 |
| | | | Settlement or Closing Fees | $(500.00) | 2500-000 | | | $176,353.65 |
| | | | Document Preparation Fee | $(150.00) | 2500-000 | | | $176,353.65 |
| | | | E-recording Fee | $(26.65) | 2500-000 | | | $176,353.65 |
| | | | Title Insurance | $(8,141.00) | 2500-000 | | | $176,353.65 |
| | | | Courier/FedEx Services | $(26.74) | 2500-000 | | | $176,353.65 |
| | | | State of Texas Policy Guaranty Fee | $(3.00) | 2500-000 | | | $176,353.65 |
| | | | Recording Fees | $(210.00) | 2500-000 | | | $176,353.65 |
| | | | Tax Certificates | $(64.95) | 2500-000 | | | $176,353.65 |
| | | | 2016 Property Taxes | $(735.75) | 2820-000 | | | $176,353.65 |
| | | | 2016 ISD | $(711.61) | 2820-000 | | | $176,353.65 |
| | | | 2016 Property Taxes | $(15.34) | 2820-000 | | | $176,353.65 |
| | | | 2016 ISD | $(14.83) | 2820-000 | | | $176,353.65 |
| | | | 2016 Personal Taxes | $(3,648.72) | 2820-000 | | | $176,353.65 |
| | | | 2016 Personal ISD | $(3,529.01) | 2820-000 | | | $176,353.65 |
| | | | Payoff - Holt Texas LTD dba Holt Cat | $(1,500.00) | 4210-000 | | | $176,353.65 |
| | | | Payoff - Big City Crushed Concrete | $(3,000.00) | 4210-000 | | | $176,353.65 |
| | | | Payoff - J Fuentes Auto Service | $(2,051.31) | 4210-000 | | | $176,353.65 |
| | | | Payoff - F&M Vargas Nursery LLC | $(25,000.00) | 4210-000 | | | $176,353.65 |
| | | | Property Tax TR 1 | $(323.36) | 2820-000 | | | $176,353.65 |
| | | | Property Tax TR2 | $(6.88) | 2820-000 | | | $176,353.65 |

| | | | | SUBTOTALS | $176,353.65 | $0.00 | |

FORM 2

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-41268-BTR | | Trustee Name: | Christopher J. Moser |
|---|---|---|---|---|
| Case Name: | North Dallas Lawn Care & Landscape, Inc. | | Bank Name: | BOK FINANCIAL |
| Primary Taxpayer ID #: | **-***3238 | | Checking Acct #: | ******5533 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 7/15/2015 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 7/8/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/31/2017 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $45.04 | $176,308.61 |
| 04/28/2017 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $253.59 | $176,055.02 |
| 05/09/2017 | ( 33) | GARDENS, MONTGOMERY FARM | Accts Recvble | 1221-000 | $563.34 | | $176,618.36 |
| 05/09/2017 | ( 33) | GARDENS, MONTGOMERY FARM | Accts Recvble | 1221-000 | $10.30 | | $176,628.66 |
| 05/15/2017 | 3001 | COOK, DAVID | Per Order Entered 5/12/17, Expert Witness Fees | 3711-000 | | $1,000.00 | $175,628.66 |
| 05/31/2017 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | $262.27 | $175,366.39 |
| 06/30/2017 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | $252.23 | $175,114.16 |
| 07/24/2017 | ( 7) | THE HARTFORD | Per Order 7/18/17, Settlement | 1149-000 | $100,000.00 | | $275,114.16 |
| 07/24/2017 | ( 8) | DEPOSITORS INSURANCE COMPANY | Per Order 7/18/17, Settlement | 1149-000 | $150,000.00 | | $425,114.16 |
| 07/24/2017 | 3002 | INTERNATIONAL SURETIES, LTD. | Bond # 016075174 | 2300-000 | | $880.00 | $424,234.16 |
| 07/31/2017 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | $331.97 | $423,902.19 |
| 07/31/2017 | 3003 | HUBBLE, JOHN | Per Order Entered 7/18/17 | * | | $76,793.03 | $347,109.16 |
| | | | Attorney's Fees $(75,000.00) | 3991-000 | | | $347,109.16 |
| | | | Attorney's Expenses $(1,793.03) | 3992-000 | | | $347,109.16 |
| 08/09/2017 | 3004 | SOVEREIGN BANK | Per Order Entered on 7/18/17 | 4210-000 | | $158,665.57 | $188,443.59 |
| 08/15/2017 | (32) | TOTAL LAWN CARE, INC. | Account Receivable | 1221-000 | $6,000.00 | | $194,443.59 |
| 08/29/2017 | 3005 | SOVEREIGN BANK | Per Order Entered on 7/18/17 | 4210-000 | | $5,400.00 | $189,043.59 |
| 08/31/2017 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | $520.51 | $188,523.08 |
| 09/29/2017 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | $381.28 | $188,141.80 |
| 10/31/2017 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | $279.63 | $187,862.17 |
| 11/30/2017 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | $270.21 | $187,591.96 |
| 12/11/2017 | 3006 | SMITH, ROBERT | Per Order Entered 10/16/17 | 3991-000 | | $500.00 | $187,091.96 |
| 12/12/2017 | 3007 | IT, MOBILE SHRED | Per Order Entered on 10/16/17 | 3991-000 | | $2,140.00 | $184,951.96 |
| 12/29/2017 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | $277.33 | $184,674.63 |
| 01/31/2018 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | $274.48 | $184,400.15 |
| 02/07/2018 | | Integrity Bank | Transfer Funds | 9999-000 | | $184,400.15 | $0.00 |
| | | | **SUBTOTALS** | | $256,573.64 | $432,927.29 | |

Page No: 3                Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-41268-BTR | Trustee Name: | Christopher J. Moser |
|---|---|---|---|
| Case Name: | North Dallas Lawn Care & Landscape, Inc. | Bank Name: | BOK FINANCIAL |
| Primary Taxpayer ID #: | **-***3238 | Checking Acct #: | ******5533 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 7/15/2015 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 7/8/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | | $432,927.29 | $432,927.29 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | | $0.00 | $184,400.15 | |
| | | | **Subtotal** | | | $432,927.29 | $248,527.14 | |
| | | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | | **Net** | | | $432,927.29 | $248,527.14 | |

| **For the period of  7/15/2015 to 7/8/2020** | | **For the entire history of the account between 02/13/2017 to 7/8/2020** | |
|---|---|---|---|
| Total Compensable Receipts: | $2,160,128.30 | Total Compensable Receipts: | $2,160,128.30 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,160,128.30 | Total Comp/Non Comp Receipts: | $2,160,128.30 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,975,728.15 | Total Compensable Disbursements: | $1,975,728.15 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $1,975,728.15 | Total Comp/Non Comp  Disbursements: | $1,975,728.15 |
| Total Internal/Transfer  Disbursements: | $184,400.15 | Total Internal/Transfer  Disbursements: | $184,400.15 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-41268-BTR | Trustee Name: | Christopher J. Moser |
|---|---|---|---|
| Case Name: | North Dallas Lawn Care & Landscape, Inc. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3238 | Checking Acct #: | ******1268 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 7/15/2015 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 7/8/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 02/07/2018 | | BOK FINANCIAL | Transfer Funds | 9999-000 | $184,400.15 | | $184,400.15 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $194.40 | $184,205.75 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $273.64 | $183,932.11 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $264.42 | $183,667.69 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $272.84 | $183,394.85 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $263.65 | $183,131.20 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $272.05 | $182,859.15 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $43.81 | $182,815.34 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($43.81) | $182,859.15 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $3,200.03 | $179,659.12 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($3,200.03) | $182,859.15 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $271.78 | $182,587.37 |
| 10/04/2018 | 5001 | Singer & Levick, P.C. | Per Order Entered on 9/20/18 | * | | $63,215.16 | $119,372.21 |
| | | | Attorney's Fees                                    $(58,713.00) | 3210-000 | | | $119,372.21 |
| | | | Attorney's Expenses                              $(4,502.16) | 3220-000 | | | $119,372.21 |
| 02/06/2019 | 5002 | Sheldon E. Levy, CPA | Per Order Entered on 2/4/19 | * | | $3,640.50 | $115,731.71 |
| | | | Accountant's Fees                                $(3,245.00) | 3410-000 | | | $115,731.71 |
| | | | Accountant's Expenses                         $(395.50) | 3420-000 | | | $115,731.71 |
| 05/02/2019 | (34) | Emeritus Landscaping LLC | Account Receivable | 1221-000 | $1,308.97 | | $117,040.68 |
| 05/05/2020 | 5003 | Christopher J. Moser | Trustee Compensation | 2100-000 | | $58,500.00 | $58,540.68 |
| 05/05/2020 | 5004 | United States Trustee | First and final distribution re: Claim #: 32;    Account Number: ; Claim #: 32; Notes: ; | 2950-000 | | $6,500.00 | $52,040.68 |
| 05/05/2020 | 5005 | Robbins Tapp Cobb & Assoc. PLLC | First and final distribution re: Claim #: 35;    Account Number: ; Claim #: 35; Notes: Ch 11 Admin Fees; | 6410-000 | | $18,206.63 | $33,834.05 |
| 05/05/2020 | 5006 | Robert DeMarco | First and final distribution re: Claim #: 37;    Account Number: ; Claim #: 37; Notes: Order 12/18/15 - Chapt 11 Admin remaining Fees; | 6210-160 | | $2,211.55 | $31,622.50 |
| 05/05/2020 | 5007 | Cavazos Hendricks Poirot & Smitham, P.C. | First and final distribution re: Claim #: 39;    Account Number: ; Claim #: 39; Notes: Per Order 5/26/17; | 6210-160 | | $31,622.50 | $0.00 |
| | | | **SUBTOTALS** | | $185,709.12 | $185,709.12 | |

Case 15-41268   Doc 226   Filed 07/29/20   Entered 07/29/20 15:50:10   Desc Main

**FORM 2**

Page No: 5        Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 15-41268-BTR | |
| **Case Name:** | North Dallas Lawn Care & Landscape, Inc. | |
| **Primary Taxpayer ID #:** | **-***3238 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/15/2015 | |
| **For Period Ending:** | 7/8/2020 | |

| | |
|---|---|
| **Trustee Name:** | Christopher J. Moser |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******1268 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $300,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $185,709.12 | $185,709.12 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $184,400.15 | $0.00 | |
| | | | **Subtotal** | | $1,308.97 | $185,709.12 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,308.97 | $185,709.12 | |

| **For the period of 7/15/2015 to 7/8/2020** | | **For the entire history of the account between 02/07/2018 to 7/8/2020** | |
|---|---|---|---|
| Total Compensable Receipts: | $1,308.97 | Total Compensable Receipts: | $1,308.97 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,308.97 | Total Comp/Non Comp Receipts: | $1,308.97 |
| Total Internal/Transfer Receipts: | $184,400.15 | Total Internal/Transfer Receipts: | $184,400.15 |
| | | | |
| Total Compensable Disbursements: | $185,709.12 | Total Compensable Disbursements: | $185,709.12 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $185,709.12 | Total Comp/Non Comp Disbursements: | $185,709.12 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 7

Page No: 6    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-41268-BTR | Trustee Name: | Christopher J. Moser |
|---|---|---|---|
| Case Name: | North Dallas Lawn Care & Landscape, Inc. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3238 | Checking Acct #: | ******1268 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 7/15/2015 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 7/8/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $434,236.26 | $434,236.26 | $0.00 |

| **For the period of 7/15/2015 to 7/8/2020** | | **For the entire history of the case between 02/08/2017 to 7/8/2020** | |
|---|---|---|---|
| Total Compensable Receipts: | $2,161,437.27 | Total Compensable Receipts: | $2,161,437.27 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,161,437.27 | Total Comp/Non Comp Receipts: | $2,161,437.27 |
| Total Internal/Transfer Receipts: | $184,400.15 | Total Internal/Transfer Receipts: | $184,400.15 |
| | | | |
| Total Compensable Disbursements: | $2,161,437.27 | Total Compensable Disbursements: | $2,161,437.27 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,161,437.27 | Total Comp/Non Comp Disbursements: | $2,161,437.27 |
| Total Internal/Transfer Disbursements: | $184,400.15 | Total Internal/Transfer Disbursements: | $184,400.15 |

/s/ CHRISTOPHER J. MOSER

CHRISTOPHER J. MOSER